PEOPLE v PATTERSON. Appeal from Recorder's Court of Detroit, John R. Murphy, J. Submitted Division 2 December 21, 1971, at Grand Rapids. (Docket No. 12138.) Decided January 28, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Charles Burke*, for defendant on appeal.

Before: T. M. Burns, P. J., and R. B. Burns and Fitzgerald, JJ.

Memorandum Opinion. Defendant pleaded guilty to second-degree murder. MCLA 750.317; MSA 28.549. He was sentenced to a term of 14 to 15 years in prison and appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.